

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Shaunta Danielle Bell, Appellant

No. 06-23-00138-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2027979). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by removing Section 481.115(d) as the statute of offense and replacing it with Section 481.112(d). As modified, the judgment of the trial court is affirmed.

We note that the appellant, Shaunta Danielle Bell, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk